UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-61858-CIV-ZLOCH

MICHAEL PETINSKY,

    Plaintiff,

v.

PENROD'S ELBO ROOM, INC., a
Florida corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Petinsky and Defendant Penrod's Elbo Room, Inc. submit this joint stipulation of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree that this action may hereby be dismissed with prejudice and that all pending motions be denied as moot  The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.  Except as set forth in the settlement agreement, said parties shall bear their own attorneys' fees and costs.

Respectfully submitted, this the 25th day of May 2012.

| By: | s/ Gregory Schwartz | By: | /s/ L.H. Steven Savola |
|---|---|---|---|
| | Gregory Schwartz (Fla. Bar. No. 95559) | | L.H. Steven Savola (Fla. Bar No. 473359) |
| | gschwartz@szalaw.com | | stevesavola@nikkibeach.com |
| | Schwartz, Roller & Zwilling, LLP | | Savola, LLC |
| | 3876 Sheridan Street | | 26939 So. Dixie Hwy |
| | Hollywood, Florida 33021 | | Miami, Florida 33132 |
| | Telephone:   (954) 966-2483 | | Telephone: (305) 245-0094 |
| | Facsimile:   (954) 966-2566 | | Facsimile: (305) 245-0079 |
| | *Attorneys for Plaintiffs* | | *Attorneys for Defendant* |